UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ARNES HADROVIC, PLAINTIFF

vs.

OFFICER KHRISTIAN PICKETT;
OFFICER "FNU" JOHNSON; AND
AMR, DEFENDANTS

CIVIL ACTION NO. 3:23-cv-135

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
### (42 U.S.C. § 1983)

Now comes Plaintiff Arnes Hadrovic, incarcerated and filing pro se a complaint for violation of civil rights under 42 U.S.C § 1983 alleging claims of use of excessive force, failure to intervene and failing to provide medical care, along with assault and battery, and negligence under both the United States Constitution Amendments and Tennessee State law. Plaintiff shows the following:

### PARTIES
#### I. PLAINTIFF

1) Arnes Hadrovic is the plaintiff, 541 Wayne 'Cotton' Morgan Drive, P.O. Box 2000 Wartburg, Tennessee 37887

-1-

## II DEFENDANTS

2) OFFICER KHRISTIAN PICKETT IS A DEFENDANT, 400 MAIN ST. SUITE L-165, KNOXVILLE, TENNESSEE 37902

3) OFFICER "FNU" JOHNSON IS A DEFENDANT, 400 MAIN ST. SUITE L-165, KNOXVILLE, TENNESSEE 37902

4) AMR-(TITAN 220504-0285) REPRESENTS THE UNKNOWN DEFENDANTS OF THE MEDICAL FIRST RESPONDERS - (ADDRESS UNKNOWN AT THIS TIME)

## STATEMENT OF CLAIMS

### I. USE OF EXCESSIVE FORCE

5) DURING THE EVENTS OF PLAINTIFF'S ARREST ON MAY 4, 2022, DEFENDANTS PICKETT AND JOHNSON USED EXCESSIVE FORCE ON PLAINTIFF BY PHYSICALLY AND BRUTALLY STRIKING HIM REPEATEDLY IN THE FACE AND BODY CAUSING SEVERE INJURIES TO PLAINTIFF INCLUDING SWELLNESS OF THE HEAD, BLACK EYES, AND TWO BROKEN RIBS.

### II. FAILURE TO INTERVENE

6) DURING THE EVENTS OF PLAINTIFF'S ARREST ON MAY 4, 2022, DEFENDANTS PICKETT AND JOHNSON FAILED TO INTERVENE IN ORDER TO STOP ONE ANOTHER FROM PHYSICALLY AND BRUTALLY ASSAULTING PLAINTIFF BECAUSE THEY BOTH WERE ENGAGED IN CAUSING HIM HARM AND INJURY.

### III. FAILING TO PROVIDE MEDICAL CARE

7) NEITHER DEFENDANTS PICKETT, JOHNSON, OR DEFENDANT AMR PROVIDED

-2-

plaintiff with any medical care at the scene after he was physically and brutally assaulted by defendants Pickett and Johnson during the events of plaintiff's arrest.

8) Plaintiff did not receive any medical care until seen by medical staff at the Knox County Detention Facility, where plaintiff was thought to have a broken eye socket and possible concussion from the swellness of the head.

9) The medical staff informed Lt. Travis of the Knox County Detention Facility that plaintiff needed to be taken to the emergency immediately.

10) Plaintiff was taken to the UT Medical Center in Knoxville and treated for severe injuries including two broken ribs.

### IV. ASSAULT AND BATTERY

11) During the events of plaintiff's arrest on May 4, 2022, defendants Pickett and Johnson assaulted and battered plaintiff by physically and brutally striking him repeatedly in the face and body causing severe injuries to plaintiff including swellness of the head, black eyes and two broken ribs.

### V. NEGLIGENCE

12) During and after the events of plaintiff's arrest on May 4, 2022, defendants Pickett and Johnson acted with negligence by physically and brutally striking plaintiff repeatedly in the face and body causing him severe injuries, with no regard for his safety.

13) After the events of plaintiff's arrest and assault defendants

-3-

PICKETT, JOHNSON, AND AMR ACTED WITH NEGLIGENCE FAILING TO PROVIDE PLAINTIFF WITH MEDICAL CARE HE NEEDED FOR THE SEVERE INJURIES HE SUSTAINED FROM DEFENDANTS PICKETT AND JOHNSON WHEN THEY PHYSICALLY AND BRUTALLY STRUCK PLAINTIFF REPEATEDLY IN THE FACE AND BODY.

14) AFTER THE EVENTS OF PLAINTIFF'S ARREST ON MAY 4, 2022 DEFENDANT JOHNSON FALSIFIED HIS SHERIFF'S REPORT TO MAKE HIM TO HAVE BEEN ASSAULTED BY PLAINTIFF WHEN INFACT PLAINTIFF DID NOT.

## PRAYER FOR RELIEF

WHEREFORE PREMISES CONSIDERED, PLAINTIFF PRAYS THAT THIS COURT:

15) AWARD PLAINTIFF COMPENSATORY DAMAGES FOR DEFENDANTS PICKETT AND JOHNSON'S WILLFUL AND INTENTIONAL PHYSICAL AND BRUTAL ASSAULT AND USE OF EXCESSIVE FORCE ALONG WITH FAILURE TO INTERVENE IN THE AMOUNT OF $300,000; AND

16) AWARD PLAINTIFF COMPENSATORY DAMAGES FOR DEFENDANTS PICKETT, JOHNSON, AND AMR'S WILLFUL AND INTENTIONAL DELIBERATE INDIFFERENCE FAILING TO PROVIDE MEDICAL CARE IN THE AMOUNT OF $500,000; AND

17) AWARD PLAINTIFF PUNITIVE DAMAGES FOR DEFENDANTS PICKETT AND JOHNSON'S WILLFUL AND INTENTIONAL PHYSICAL AND BRUTAL ASSAULT AND USE OF EXCESSIVE FORCE ALONG WITH FAILURE TO INTERVENE IN THE AMOUNT OF $500,000; AND

18) AWARD PLAINTIFF PUNITIVE DAMAGES FOR DEFENDANTS PICKETT, JOHNSON, AND AMR'S WILLFUL AND INTENTIONAL DELIBERATE

-4-

INDIFFERENCE FAILING TO PROVIDE MEDICAL CARE IN THE AMOUNT OF $1,000,000; AND

19) AWARD PLAINTIFF FOR SUCH OTHER RELIEF IN WHICH HE MAY BE ENTITLED.

EXECUTED THIS 4TH DAY OF APRIL, 2023 IN WARTBURG TENNESSEE.

ARNES HADROVIC
# 497547 M.C.C.X.
541 WAYNE 'COTTON' MORGAN DR.
P.O. BOX 2000
WARTBURG, TENNESSEE

VERIFICATION

I, ARNES HADROVIC, DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING COMPLAINT IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF. *Arnes Hadrovic*

ARNES HADROVIC

PRESENT AND BEFORE ME STANDS AND SIGNS, ARNES HADROVIC INFRONT OF NOTARY PUBLIC: *Mary Jo E LaBarge*

MY COMMISSION EXPIRES: 08/24/2025

[Notary Seal: MARY JO E LABARGE, STATE OF TENNESSEE, NOTARY PUBLIC, MORGAN COUNTY]

-5-