UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| ARNES HADROVIC, | ) | |
| *Plaintiff*, | ) ) ) | Case No. 3:23-cv-135 |
| v. | ) ) | Judge Atchley |
| KHRISTIAN PICKETT, *et al.*, | ) ) | Magistrate Judge McCook |
| *Defendants*. | ) ) | |

## JUDGMENT

The Honorable Charles E. Atchley, Jr., United States District Judge, having dismissed this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m),

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

*/s/ LeAnna Wilson*
LeAnna Wilson
CLERK OF COURT